**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DEREK LOPER, MANUEL BARRERA, SYLWESTER KURPIEWSKI, RAUL ANTONIO CHABLA GUAMAN, DARIUSZ HADER and CANDELARIO GAMEZ, Individually and On Behalf of All Others Similarly Situated,** | |
| **Plaintiffs,** | **20 Civ. 1532 (ILJ)(SJB)** |
| -against- | |
| **MANETTA ENTERPRISES, INC., MANCO ENTERPRISES OF NY, INC., MANCO CONTRACTING CO. INC., ENRICO L. MANETTA, ENRICO R. MANETTA and NICHOLAS MANETTA, Jointly and Severally,** | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein to be dismissed with prejudice, with each party to bear their own fees and costs; and that Plaintiffs are precluded from bringing any further claims under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiffs' Complaint.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

**PELTON GRAHAM LLC**

By: _____

Brent E. Pelton, Esq.
Taylor B. Graham, Esq.
Kristen E. Boysen, Esq.
111 Broadway, Suite 1503
New York, New York 10006

By _____

Andrea Marcus, Esq.
Jan Marcus, Esq.
44-17 54th Drive
Maspeth, New York 11378

*Attorneys for Plaintiffs*

*Attorney for Defendants*

**SO ORDERED.**

**DATED this 25 day of September, 2022**

/s/ *Sanket J. Bulsara*
_____
**HONORABLE SANKET J. BULSARA**
**UNITED STATES MAGISTRATE JUDGE**